UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DARREN WEBSTER,<br><br>  Plaintiff,<br><br>v.<br><br>CANYON VIEW HOSPITAL, et al.,<br><br>  Defendants. | Case No. 1:22-cv-00047-BLW<br><br>**ORDER OF DISMISSAL** |

On June 3, 2022, the Court reviewed Plaintiff's Complaint, pursuant to 28 U.S.C. § 1915, and determined that it failed to state a claim upon which relief could be granted. *See* Initial Review Order, Dkt. 8. The Court gave Plaintiff 30 days to file an amended complaint, but he had not done so. However, Plaintiff's copy of the Initial Review Order was returned undelivered on July 7, 2022, *see* Dkt. 9, and on July 18, 2022, Plaintiff filed a Notice of Change of Address, *see* Dkt. 10. As it appeared that Plaintiff may not have received a copy of the Initial Review Order, and thus could not have met the 30-day deadline for filing an amended complaint, on August 9, 2022, the Court extended the deadline for filing an amended complaint an additional 30-days. Plaintiff, however, still has not filed an amended complaint.

ORDER OF DISMISSAL - 1

**ACCORDINGLY, IT IS ORDERED** that, for the reasons stated in the Initial Review Order, this case is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B) & 1915A(b).

DATED: November 4, 2022

_____
B. Lynn Winmill
U.S. District Court Judge

ORDER OF DISMISSAL - 2